IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 2:16-CV-00070-D

| | |
|---|---|
| DR. TATIANA A. TAGIROVA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH CITY STATE UNIVERSITY, <br><br> Defendant. | ORDER |

This matter is before the Court on Defendant's Motion to Stay Discovery and Initial Pretrial Conference pending ruling on Defendant's Motion to Dismiss and Filing of Defendant's Answer (DE 20). The Court finds that Defendant has demonstrated good cause for the Motion to Stay, and that the request to stay discovery is reasonable, especially considering that the pending motion to Dismiss may dispose of some of Plaintiff's claims. Accordingly, Defendant's Motion to Stay Discovery and Initial Pretrial Conference pending ruling on Defendant's Motion to Dismiss and Filing of Defendant's Answer (DE 20) is ALLOWED and it is hereby ORDERED that all discovery in this action, including the initial pretrial conference, and discovery plan required by Rule 26(f) of the Federal Rules of Civil Procedure and the onset of any and all discovery requirements including initial disclosures required by Rule 26(a), are STAYED until further order of the Court. Plaintiff's motion to proceed with discovery [D.E. 27] is DENIED.

SO ORDERED. This 3 day of February 2017.

JAMES C. DEVER III
Chief United States District Judge