IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 2:16-CV-70-D

| | |
|---|---|
| DR. TATIANA A. TAGIROVA,<br><br>**Plaintiff,**<br><br>v.<br><br>ELIZABETH CITY STATE UNIVERSITY,<br><br>**Defendant.** | **ORDER GRANTING MOTION FOR PSYCHOLOGICAL EVALUATION** |

This cause was heard before the undersigned judge on motion of defendant for a psychological evaluation of the plaintiff. It appears to the court that the mental condition of the plaintiff is in controversy and that good cause exists for requiring plaintiff to submit to a psychological evaluation.

IT IS THEREFORE ORDERED that plaintiff shall be required to submit to a psychological examination by Dr. Ginger Calloway on May 4, 2018 beginning at 9:00 a.m. at the North Carolina Department of Justice, 114 W. Edenton Street, Room 301, Raleigh, NC 27603, to be examined to the extent determined appropriate by said Dr. Calloway.

The expenses of the examination shall be borne by the defendant.

IT IS FURTHER ORDERED in the discretion of the court that plaintiff shall have the right to have her attorney present during the examination.

This the 1( day of April, 2018.

 /s/ Dever
 The Honorable James C. Dever
 Chief District Court Judge